# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY M. THURLOW,<br><br>    Plaintiff(s),<br><br>v.<br><br>KEVIN L. EHLERS, et al.,<br><br>    Defendant(s). | 2:13-CV-365 JCM (NJK) |

**ORDER**

Presently before the court is the matter of *Thurlow v. Ehlers*, case number 2:13-cv-00365-JCM-NJK.

Magistrate Judge Koppe conducted a hearing regarding the proposed discovery plan and scheduling order. (See doc. # 14). At the hearing, the parties requested a settlement conference and specifically requested that Magistrate Judge Ferenbach conduct the settlement conference. Since this case is at the pre-discovery stage, Magistrate Judge Koppe cannot conduct the settlement conference unless she is becomes conflicted out in the event the case does not settle.

The court finds good cause to order a settlement conference. Magistrate Judge Ferenbach is ordered conduct a settlement conference in this case.

IT IS SO ORDERED.

DATED June 13, 2013.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**